UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LANDING GEAR SHIPPED TO GQ SOLUTION ELECTRONICK EKIPMAN LIMITED,<br><br>Defendants In Rem. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No. 24-cv-1274 |

## WARRANT FOR ARREST *IN REM*

TO:   THE UNITED STATES MARSHAL'S SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

   WHEREAS a Verified Complaint for Forfeiture *In Rem* has been filed in the United States District Court for the District of Columbia, on the 1st day of May, 2024, alleging that the above defendant property are subject to seizure and forfeiture to the United States pursuant to pursuant to 18 U.S.C. § 981(a)(1)(C);

   YOU ARE, THEREFORE, HEREBY COMMANDED to serve the defendant property, thus bringing, within the jurisdiction of the Court, said defendant properties, more fully described as:

**LANDING GEAR SHIPPED TO GQ SOLUTION ELECTRONICK EKIPMAN LIMITED**

   YOU ARE FURTHER COMMANDED, promptly after execution of this process, to file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed, unless, pursuant to Rule G(3)(c)(ii)(A) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the defendant properties are in the government's possession, custody, or control.

Dated: May \_\_\_\_, 2024

                                                                _____
                                                                Clerk of the Court

                                      By:      _____
                                                                Deputy Clerk